PC SCAN

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

RECEIVED
EE
8/24/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 03 2026
BY:

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

Charlie Booker #M38554

(Enter above the full name of the plaintiff or plaintiffs in this action)

1:26-cv-10212
Judge Georgia N. Alexakis
Magistrate Judge Keri L. Holleb Hotaling
PC 9
DIRECT

vs.

Case No:________________________
(To be supplied by the Clerk of this Court)

Catherine Larry, John NWokocha, John Adediran, John Shah, Michelle Miller, Jane A, Jane B, Dr. Perez, John Kunna, Jane Jade Alexander Anooshan, Jane V, Jane Ewards, Jane Hatch, John Eddie John Solemn, Jane Andread, Jane Haile, Jane Dr. Kucera, John Ebolt John Alex, Jane Daisy, Jane Hammond, John Powell, Jane Dr. Folwka, John Juarez, Jane Callier, Jane Virgo, John Dr. Cortez, Jane Ms. K, Jane Pellegrini, Jane Mitchell, Jane Giftey John Burns, John Davalos, Jane Perez

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

***BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.***

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**I. Plaintiff(s):**

A. Name: Charlie Booker

B. List all aliases: N/A

C. Prisoner identification number: M38554

D. Place of present confinement: Joliet Treatment Center

E. Address: 2848 W. McDonough Street, Joliet IL. 60436

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II. Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Catherine Larry

Title: Warden

Place of Employment: Joliet Treatment Center

B. Defendant: Michelle Miller

Title: Health Care Unit Administrator

Place of Employment: Joliet Treatment Center

C. Defendant: Alexander Anooshah

Title: Nurse Practitioner

Place of Employment: Joliet Treatment Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# Additional Defendants



Catherine Larry
Warden
Joliet Treatment Center

Jane Ms. K
Mental Health Staff
Joliet Treatment Center

Michelle Miller
Health Care Administrator
Joliet Treatment Center

John Eddie
Registered Nurse
Joliet Treatment Center

Alexander Anooshah
Nurse Practitioner
Joliet Treatment Center

John Solemn
Registered Nurse
Joliet Treatment Center

Jane Dr. Perez
Medical Doctor
Joliet Treatment Center

Jane Andread
Registered Nurse
Joliet Treatment Center

Jane Bajarunas
Registered Nurse (now Super)
Joliet Treatment Center

Jane Daile
Registered Nurse
Joliet Treatment Center

Jane A
Registered Nurse
Joliet Treatment Center

John Eboit
Registered Nurse
Joliet Treatment Center

Jane Jade
Registered Nurse
Joliet Treatment Center

John Alex
Registered Nurse
Joliet Treatment Center

Jane V
Registered Nurse
Joliet Treatment Center

Jane Daisy
Registered Nurse
Joliet Treatment Center

John Davalos
Mental Health Staff
Joliet Treatment Center

Jane Perez
Medical Writ Officer
Joliet Treatment Center

# Additional Defendants



Jane Hammond
Registered Nurse
Joliet Treatment Center

John Shah
Correctional Officer
Joliet Treatment Center

John Juarez
Registered Nurse
Joliet Treatment Center

John Kunnaw
Correctional Officer
Joliet Treatment Center

Jane Callier
Registered Nurse
Joliet Treatment Center

Jane Edwards
Correctional Officer
Joliet Treatment Center

Jane Virgo
Registered Nurse
Joliet Treatment Center

Jane Hatch
Correctional Officer
Joliet Treatment Center

Jane Dr. Foluke
Psychiatrist
Joliet Treatment Center

Jane Dr. Kucera
Psychologist Administrator
Joliet Treatment Center

John Dr. Cortez
Psychiatrist
Joliet Treatment Center

Jane Mitchell
Correctional Officer
Joliet Treatment Center

John Nwokocha
Correctional Officer
Joliet Treatment Center

John Powell
Correctional Lieutunt
Joliet Treatment Center

John Adediran
Correctional Officer
Joliet Treatment Center

Jane Pellegrini
Correctional Officer
Joliet Treatment Center

Jane Giftey
Registered Nurse
Joliet Treatment Center

John Burns
Correctional Officer
Joliet Treatment Center

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: Charlie Booker #M38554 V. Arthur Manzano, et al; 24-CV-50344

B. Approximate date of filing lawsuit: 8-16-24

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Charlie Booker # M38554

D. List all defendants: Arthur Manzano, Kristina Mershon, Monica Fuller, Mirella Susnude, Jamie Chess, Susan Tuell, and Jane Stone

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Of Illinois

F. Name of judge to whom case was assigned: Rebecca R. Pallmeyer

G. Basic claim made: Deliberate Indifference

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Still pending

I. Approximate date of disposition: 8-16-24

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**



[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. Plaintiff was housed at Joliet Treatment Center at all revelant times at Joliet for Mental Health Illnesses/Treatment.
2. On 2-22-26 Plaintiff was housed in Dorm 4 on A wing cell 10 (7:45AM when he handed Nurse Eddie his sick call about his serious medical conditions - Chest pains, shortness of breath, & Severe abdominal pain in his liver, pancrea, spleen, kidneys, gallbladder, & stomach areas, and verbally told him as well, but Nurse Eddie denied me medical care, & refused to assess me or get my vitals
3. On 2-22-26 Plaintiff was escorted to the Health Care Unit at app. 1pm & seen by Nurse Bajarunas, & reported to her that he's having shortness of breath, & really bad chest pain, as well as severe abdominal pain in my liver, pancrea, spleen, Kidneys, & Stomach areas that's been intensifying daily. I also told her that the Doctor at Dixon told me that I have fluid around my pancrea, & some type of liver damages, but he only gave me short and limited information, but Nurse Bajarunas failed to provide me any medical care and treatment for

 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

my serious medical conditions, and did not send me out to an outside hospital for care/treatment that the facility cannot provide me.

4. On 3-12-26 at app. 8AM Plaintiff was housed in Dorm 1 on A wing cell 5 when he was escorted to a medical examination room across the Hall from where he was housed to be seen by Dr. Perez. Upon Dr. Perez entering the room, Plaintiff reported to Dr. Perez that he's still experiencing Chest pains & Shortness of breath. I also told Dr. Perez that I'm still experiencing severe abdominal pain in my liver, pancrea, Spleen, & kidney areas that's been intensifying daily and that the pains are in my lower left & right ribcage areas, as well as in my lower & upper back areas. Then Dr. Perez said she's not here about that, and said that she's just here about my Chest pains and to clear me to go back to Dorm 4 (my living unit) Then Dr. Perez asked me was I getting my blood pressure and vitals checked, & I told her I got it "ONLY" checked 3 times; but According to Nurse Eddie (who notified me on 3-11-26 that I'm going to Dorm 1 for medical observation) told me that the orders you gave was for me to be here at least 48 hours & my vitals to be checked every 2 hours.

 Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

Then I told that her medical staffs (Nursings) neglected her orders & did not follow them. Dr. Perez ignored that & still told me that I'm being sent back to my Dorm, despite my serious & urgent medical issues (Chest pains & Severe abdominal pain). I also asked Dr. Perez to show me my lab results from my Ultrasound that she ordered, & Dr. Perez told me that Dr. Anooshea will tell me that whenever I see him. Then I told Dr. Perez that I was told by Boguslawa Antosz (The lady who performed the Ultrasound Test) that you (Dr. Perez) who ordered the test will give me my results the following day, and it's about a week later & I still haven't gotten a follow-up about my urgent issues. Dr. Perez ignored that and sent me back to my living unit and did not provide me any medical care or treatment for my serious medical conditions.

5) On 4-1-26 Plaintiff was seen by Dr. Foluke & he reported to her (his "Psychiatrist") that he's not recieving no medical treatment for his severe abdominal pain & Chest pain, & shortness of breath, or I'm not being sent out on my medical writs to the Cardiology & Gastrointestial Specialists for my urgent/serious medical conditions, and Dr. Foluke told me she could not do anything, because medical is not her field, she's in Mental health. (Note: Dr. Foluke is also a licensed doctor).

6) On 4-11-26 at App 4:55pm Plaintiff was housed in Dorm 4 on A wing cell 10 when C/O Adediran came to deliver ~~his~~ him

his dinner tray. Then Plaintiff reported to C/O Adediran that he needs medical attention, & C/O Adediran asked why. Then I told him that I'm having Severe Chest pains and Severe abdominal pain in my liver, pancrea, & Kidney areas that's intensifying, and C/O Adediran said he will call medical. Then Nearly An half hour goes by C/O Adediran arrived back on A wing to lock other individuals in custody up in their cells from their dayroom hours. Then I asked C/O Adediran what's going on with my medical attention & he "claimed" nobody from medical is picking up, so I'll have to wait until about 8pm (3 hours later) when the Nurse come to pass meds, because it's nothing he can do. C/O Adediran denying me medical by intentionally refusing to call medical for me about my Serious medical conditions and he's interfering with my medical Care & treatment.

7) On 4-11-26 at App. 9:21pm Plaintiff was escorted to Dorm 2 medical exam room. Then A moment later Nurse Giftey arrived to do EKG. Nurse Giftey performed the EKG, but seemed to be having trouble, because it took her nearly 10 minutes to get a reading, but she claimed everything was normal. Then I asked Nurse Giftey is my WPW (Wolf-Parkinson White) still showing and she said yes. Then I asked her why did you say everything is normal and did not mention the "WPW" until I mentioned it, & Nurse Giftey said it's not for her to tell me that I have an abnormal reading and that I'll have to wait until the week days when Dr. Perez come back because she's not here on the weekends. to read me my results. Then I asked Nurse Giftey to call Dr. Perez, and she said she will, but I'll still have to wait until doctor Perez come in to see

# Additional Statement of Claims:

and explain it, because she (Nurse Giftey) don't know how to read it and that's not her job. Then I asked her what is the point of you doing an EKG when you don't know how to read it & it may be something serious going on with my heart that requires outside care that you all can't provide me here.. Then I told Nurse Giftey that don't make sense for me to just stay here in pain and/or recieve no treatment. I also reminded Nurse Giftey that I'm having severe abdominal pain in my liver, pancrea, & kidney areas that she has not said nothing about. Then Nurse Giftey asked how long has these issues been going on & I told her more than a year. Then Nurse Giftey asked why am I complaining about it now and I told her because it's been intensifying and I also told her that I have talked to other medical staffs about this since I arrived here and I'm still not recieving no care or treatment. Then Nurse Giftey checked my vitals, but refused to examine me. Nurse Giftey failed to provide me any treatment for my serious medical conditions and/or send me to outside hospital for my urgent issues to prolong my pain & cause further injuries.

8) On 4-12-26 at App 10:25AM I was housed in Dorm 4 on A Wing cell 10 when I requested for medical attention to C/o Shah and he asked why. Then I told him that I'm having severe chest pains & extreme abdominal pain in my liver, pancrea, & kidney areas and he told me he will call medical now. Then 2 hours later (12:02pm) C/o Shah returned back & told me that he talked to a Male Nurse who supposely told him that there's no need for me to get medical

attention and be seen if I'm walking and talking, and stated to let them know if things worsten. Then C/o Shah said but as of now there's no need for me to be seen by medical for my Chest & Severe abdominal pains. - C/o Shah intentionally denied me medical & failed to intervene with my Urgent medical issues that he was put on notice about, but failed to take further action just to prolong my pains & cause further injuries.

9) On 4-13-26 at app. 10AM I was seen by Nurse Ilaile [redacted] in the health Care Unit inside exam room 2 for a sick call slip that I submitted 2 weeks ago concerning "Ear pain, hard of hearing, itchy feet, & a Knot on my back. Then I reported to her (Nurse Alldread) that I'm experiencing "Now" really bad Chest pains & pain Jerking, and aching in my lower & upper back areas, and I also told her that I submitted multiple sick calls in the last few days, because of the intensifying pain. Then Nurse [redacted] Ilaile said she will go look at my Charts and have the afternoon Nurse "who's coming to my wing to pass noon meds" know what she finds out after looking at my Charts. Then I told her that she was suppose to have my charts out & ready before I came, and could go get them now. Then I told her that her going to look at my Charts will not tell her that I'm in pain now. I also told her that my appointments to see the Outside Cardiology and GI Specialists are keep being intentionally delayed & interfered with, so they can prolong my pains & cause further injuries. (Note: Nurse Ilalie lied to me & told me her Nurse was Alldread to try to prevent me from knowing her name, & to cover up her wrong acts.

10) On 4-13-26 at app. 7:20pm I was housed in Dorm 4 on A wing cell 10 when I seen Nurse Daisy conducting med pass, and I called her & stopped her at my door. Then I attempted to turn in my sick call slip to her, ~~and~~ but Nurse Daisy refused to take it and said that she does not collect sick calls slips, & told me to put it inside the Box and Someone will come pick it up. Then I told Nurse Daisy since you won't take my sick call slip for my urgent issues, then I will tell you my urgent issues - I'm having Severe Chest pains, and I have pain, aching & jerking in my lower right & left ribcage areas that's going around to my lower & upper back areas. Then Nurse Daisy said she will call me to the Health Care for an EKG (Heart Test), but failed to address the severe pains, aching, & jerking in my abdominal & back areas. Then Nurse Daisy intentionally delayed & interfered with my urgent medical issue by calling me over to the H.C.U 3 hours later ("10:00pm). Then upon arriving to the H.C.U for the EKG - Nurse Daisy attempted multiple times to get an EKG reading, and all attempts failed Nurse Daisy said she cannot get a reading, because something is wrong with the machine. Then Moments later she called "Nurse Virgo" for assistance with the EKG machine, but the EKG testing of my heart was still to No avail. Then Nurse Daisy & Nurse Virgo insisted on sending me back to my cell still in pain, with no EKG testing & no care & treatment for my severe abdominal pains, and they said I'm fine & they said if I'm walking & talking to them there is nothing wrong with my heart, and that they can look at me & tell there's nothing wrong with my heart. Then I requested to be sent to outside Emergency room for care & treatment that they cannot provide me here, because I'm in extreme pain. I also said just, because I'm walking

and talking doesn't mean there's nothing wrong with my heart or I'm not in pain. I also told them that neither of them are not heart specialists, so you can't tell if something is wrong with my heart just by looking at me.

11) Then Nurse Daisy requested for escort officer C/O Wallace to take me over to Dorm 2 for EKG testing again. Then a moment later I was escorted over to Dorm 2 triage exam room, and Nurse Daisy & Nurse Collier entered the room, and both stated that something is wrong with the EKG machine, so they will have to go off my last EKG testing from days ago. Then I told them that's not how that works & plus my pain is more extreme than last time. Then I requested to be sent to the outside emergency room since they can't provide me with the care & treatment that I need. Then Nurse Daisy & Nurse Collier began putting off my urgent issues by telling me there's nothing they can do for me now, & that I'll have to wait until tomorrow and see what happens. Then I said that you both are neglecting & putting off my urgent issues just to prolong my pain & cause me further injuries; instead of just sending me out to the E.R room.

12) Then Lt. Powell began intentionally interfering with my urgent/serious medical care & treatment by telling me & the Nurses that it's time for me to lock up. Then I told him for 1) that's not how that work; for 2) - You not going to rush me to lock up when I'm trying to address & get my serious medical conditions resolved; for 3) You are not medical & shouldn't be saying nothing especially

insisting on locking me up & telling the Nurses to put off my urgent medical issues just for you to lock me up still in pain & we haven't figured out the issues that's causing my pain; and for 4) You technically don't even suppose to be inside here and Constantly intentionally interfering & interrupting with my medical care & treatment for my urgent issues, and rushing the Nurses to do their job, & trying to lock me up during this medical emergency. Nurses Daisy, Virgo, & Callier denied me medical care and refused to send me to the outside Emergency Room for medical care & treatment that they could not provide me at the facility. Lt. Powell intentionally interfering, & interrupting with my medical care & treatment by stopping the Nurses from doing their jobs, rushing them and me, & repeatedly trying to lock me up during this medical emergency.

13) On 4-14-26 at App. 1:40pm Plaintiff was in the vocational Building in room 118, when I stepped out of group to report to C/O Burns that I needed medical attention. Then C/O Burns asked why & I told him, because I'm having Severe Chest pains & pain, aching, & jerking in my abdominal/Sides. But instead of C/O Burns calling medical he called the control bubble C/O Pellegrini. C/O Burns said that C/O Pellegrini told him that medical said I'm not being seen, because I had an EKG a few days ago, and to notify them when something is wrong with my breathing. Then I told C/O Burns to call medical because a past EKG doesn't matter & doesn't have anything to do with my Severe Chest pains now. Then C/O Burns said he's only telling me what's been told to him, and he can't do nothing more

for me. C/O Burns & C/O Pallegrini both are intentionally delaying & interfering with my medical care & treatment by refusing to call/notify medical of my serious medical condition.

14) On 4-18-26 at app. 7:15pm I was housed in Dorm 1 Cell 12 when Nurse Alex came by conducting med pass and I requested for medical attention. Then Nurse Alex asked me why and I told him that I'm having severe abdominal pain in my liver, pancreas, spleen, and kidney areas. Then Nurse Alex said we talked about this before, and I said yes multiple times and you still refusing to provide me medical care and treatment for my urgent issues or send me to the outside Emergency Room to see an Qualified Specialist for my serious medical conditions. Then Nurse Alex ignored me and walked away continuing conducting med pass. Nurse Alex denied me medical care & treatment for my serious medical conditions and did not check vitals or examine me.

15) On 4-19-26 at app. 9:30pm I was housed in Dorm 4 on A wing cell 10 when I wrote Health Care Administrative Michelle Miller a request slip directly. I told her that I'm not recieving no medical care and treatment for my urgent & non-urgent medical issues. I went on to tell her that my urgent issues are severe chest pains, shortness of breath, & severe abdominal pain and it's aching & jerking in my lower right & left ribcage areas that's going around to my upper & lower back areas. I also put her on notice about her medical staffs neglecting my sick calls requests.

I also told her that her medical staffs have been intentionally delaying & interfering with my outside Cardiology & GI appointments to see specialists. I also told her that her medical staffs aren't doing no follow-ups and/or taking no actions for my urgent/serious medical issues, and they aren't accepting my sick calls at med pass when I try to turn them in. Health Care Unit Administor Michelle Miller still is denying me medical care, and failing to intervene even though she has full knowledge about what's going on, but failing to take any action.

16) On 4-21-26 at app. 12:45pm I was located in the Vocational Building area when Nurse Solemn came to give me my afternoon meds. (Ear drops). Then I reported to Nurse Solemn that I'm having Severe Chest pain, shortness of breath, & Severe abdominal pain. Then Nurse Solemn told me to come down to Health Care to be seen by medical after my mental health group is over. Then I said my urgent issues are happening now why do I have to wait 30 minutes later after a mental health group like a mental health group is more important than my emergency medical issues. But Nurse Solemn insisted on putting my urgent issues off and telling me to go back to your mental health group and come down to Health care when the group ends.

17) Then 30 minutes later after mental health group ended, I headed to the health care Unit like Nurse Solemn directed me to, but I was stopped by C/O Juarez & he told me that control C/O Pellegrini told me I'm not seeing medical and to put in a sick call slip.

Additional Statement of Claims: 

I was denied medical care & treatment by Nurse Solemn, & C/o Pellegrini & Nurse Solemn intentionally delayed, & interfered with my urgent medical issues by putting me off even after they were directly put on notice.

18) On 4-21-26 at app. 7:07pm I was located in Dorm 4 on A wing dayroom area when I seen Nurse Alex conducting med pass and I stopped him and requested for medical attention. Then Nurse Alex asked why and I told him that I'm having Severe Chest pains, Shortness of breath, & Severe abdominal pain. Then Nurse Alex asked me when did it start and I told him it's been going on for months and it's been intensifying daily. Then Nurse Alex asked me how did it start & I told him I don't know. Then Nurse Alex asked me when did I realize the pain today & I told him when I was laying down. Then Nurse Alex put me off by telling me he will Check on my issues when he's done passing meds, and I told him these are urgent issues and asked him why are you putting my urgent issues on hold just to pass meds Then Nurse Alex smirked & said he will do it when he's done with meds & walked away.

19) Then nearly an 2 hours delay (8:35pm) Nurse Alex returned & checked my vitals and said everything looks fine. Then I said I'm in extreme pain, and he asked me to rate it & I told him an 8. Then Nurse Alex said you are dealing with Chronic issues & not acute issues, and I said that shouldn't make a difference - The fact of the matter is I'm in severe pain now, & neither of us know what's going on with my heart OR stomach organs. I also told him

that he should be offering & providing me care & treatment OR Sending me out to the outside Hospital to see Qualified specialists who can perform EKG, Ct Scan, MRI, & X-RAY tests that you can't provide me, so I can see what's going on. Then Nurse Alex said there is nothing more he can do besides put me on the Doctor line, and that's if he will see you. Nurse Alex also said Dr. Perez or no other doctor is here to see you, so you will have to wait until someone will see you. Nurse Alex denied me medical care & treatment, & intentionally delayed & interfered with my medical emergencies even though he was aware of my urgent issues just to Prolong my pains & cause further injuries.

20) On 4-22-26 12pm I WAS located in Dorm 4 dayroom area on A wing when I reported to Crisis Team member Ms. K that medical staffs are intentionally denying, delaying, & interfering with my urgent medical issues for my Severe Chest pains, Shortness of breath, & Severe abdominal pain. I also told Ms. K that yesterday (on 4-21-26) I told Nurse Alex about my Severe Chest pains, Shortness of breath, & Severe abdominal pain, & he told me that there's nothing he can do about it, and he's not Sending me out to the emergency room. Then Ms. K said that's not her field so she can't do nothing for me. Ms. K knew of my serious medical conditions, but still failed to intervene & take any action.

21) On 4-22-26 at app. 7:37pm I was housed in Dorm 4 on A wing cell 10 when I seen Nurse Solemn conducting med pass, and I asked to speak to him. Then I told Nurse Solemn that I just seen "Nurse

Daisy about an hour ago about my severe chest pains, shortness of breath, & severe abdominal pain and she did an EKG Test, and told me you will follow up with me with my results and call the Doctor, because she's not my ~~Doctor~~ Nurse and she was just helping you out.) Then I told Nurse Solemn that I'm still experiencing shortness of breath, severe chest pains, & abdominal pain, and I told Nurse Solemn that I need to be sent to the outside hospital for care & treatment that you all can't provide me here. Then Nurse Solemn said that he can't send me out, and that Anooshea told him earlier today that I have an Cardiology & GI appointment coming up. Then I said that' ain't making me feel good & that don't mean nothing, because when the appointment dates arrives it keeps being delayed, cancelled, and pushed to a further date. Then I said you all are just trying to prolong my pains & cause more injuries. Then Nurse Solemn said you can't hold me responsible, because he do what the Doctors tell him to do & give them the results. Then I said I'm holding you and all other medical staffs responsible, because I'm repeatedly putting you all on notice about my urgent medical issues, so you all are aware, but ain't providing me no treatment. Then Nurse Solemn ignored me & walked away from my cell door. Despite Nurse Solemn being aware of my serious medical conditions he still neglected/denied me medical care & treatment for my serious/urgent issues. (Severe chest pain, shortness of breath, & severe abdominal pain).

22) On 4-22-26 at app. 3:27pm I was housed in Dorm 4 on A wing cell 10 when I stopped C/O Kunnu at my cell door and told him that I need medical attention. Then C/O Kunnu attempted to delay & neglect

my request by stating he's doing count now & he will come back later. I told him that my medical is urgent & that it can't wait until later. Then c/o Kunnu asked why and I told him that I'm having Severe Chest pains, shortness of breath, & Severe abdominal pain. Then c/o Kunnu said okay he will go let control know (Ms. Mitchell), so She can call medical for me.

23) Nearly 3 hours goes by (6pm) and c/o Kunnu or c/o Mitchell did not call medical for me or come follow up with me since I reported it to them. c/o Kunna and c/o Mitchell intentionally delayed & interfered with my medical care & treatment by refusing to call medical for me for my Serious medical conditions after being put on notice.

24) On 4-22-26 at app. 5:23pm I was housed in Dorm 4 on A wing cell 10 when I called c/o Adediran to my cell door and told him that I needed medical, because I'm experiencing shortness of breath, Severe Chest pains, & Severe abdominal pain. Then c/o Adediran said he can't call medical for me or do nothing else for me until his Lieutant get here, and walked away. c/o Adediran intentionally denied, delayed, & interfered with my urgent medical care & treatment by refusing to call medical for me after being put on notice just to prolong my pains, & cause further injuries.

25) On 4-22-26 at app 12:16pm I was housed in Dorm 4 on A wing cell 10 when I called c/o Edwards to my cell door and requested for medical attention. Then c/o Edwards asked why and

# Additional Statement of Claims:



I told her I'm having Severe Chest pains, shortness of breath, & Severe abdominal pain. Then C/o Edwards said okay, but she's not going to rush to call medical, and that don't mean they going to rush over here. C/o Edwards did not call medical and did not come back to follow up with me about my urgent medical issues, so she can prolong my pains & cause further injuries C/o Edwards did not put medical on notice about my urgent/Serious medical conditions after being put on notice directly by me.

26) On 4-22-26 at app. 6:30pm I was housed in Dorm 4 on A wing cell 10 when Lt. Johnson escorted me over to the H.C.U for my severe Chest pains, Shortness of breath, & Severe abdominal pain. Upon arriving I was seen by Nurse Daisy who stated she will only do an EKG test. Then I told Nurse Daisy that you keep addressing my chest pains & Shortness of breath, but not providing me no care or treatment. I also said you keep neglecting my Severe abdominal pain. Then Nurse Daisy said she can't do nothing about my abdominal pain or heart or send me to outside hospital. Then I said Nurse Daisy you don't examine me or Check my vitals. Then I said you know since you can't provide me the medical care and treatment that I need for my heart & abdominal here - I'm suppose to be sent out to the Outside hospital to be seen by Qualified Specialists for access to equipment like "Ct Scan, MRI, EKG, & X-Ray machines that you all can not provide me with here. Then Nurse Daisy said she can't make that call to send me out only Dr. Perez can make that call. Then I asked Nurse Daisy to call her, & Nurse Daisy said she's not doing that, because she got in trouble last time trying to

help me. and trying to convince Dr. Perez to send me out last time. Then Nurse Daisy said she is not my Nurse (Nurse Solemn is) and I have to wait until tonight to talk to him, because she is not doing my Nurse Job. Then I said you are a R.N just like Nurse Solemn, so you have the same capabilities as him. Then Nurse Daisy said I have wrote multiple notes & talked to Dr. Perez & Health care Administrator Michelle Miller about your issues before & tried to convince them to send you out to the Emergency Room & I got in trouble trying to help you and I'm not doing it again. Then Nurse Daisy said to keep dropping sick calls, & I told her I have repeatedly wrote/submitted sick calls to them and put them on notice, but I'm keep being denying & my sick calls keep being neglected, and they are refusing to send me on my medical writs to see outside specialists. Then Nurse Daisy said your EKG keep showing you have "WPW" (Wolf-Parkinson-White), and I said so that condition keep showing up, but I'm still not receiving no treatment for this condition or my pains. Then Nurse Daisy said there's nothing more she can do and she can't send me out, but she will call Nurse Solemn and give him my EKG & she told me to tell him about my severe abdominal pain, so he can call the Doctor, because she's not my Nurse and she's not going to keep getting in trouble calling Dr. Perez and Michelle Miller about my issues and asking for me to be sent out.

27) On 4-22-26 at app. 1:21pm I was housed in Dorm 4 on A Wing cell 10 when I reported to Nurse Y that I need medical attention for my severe chest pains, shortness of breath, & severe

abdominal pain, and Nurse V said she will call me over to the Health Care Unit. Nurse V denied & neglected my serious medical issues by refusing to Assess me & provide me medical care & treatment for my severe chest pains, shortness of breath, & severe abdominal pain. Nurse V also did not return back, call me over to the health care unit for further care, or did not follow up with me after she had been put on notice directly by me about my serious medical conditions.

28) On 4-23-26 at App. 3:40AM I was housed in Dorm 4 on A wing cell 10 when I reported to c/o Kalu that I needed medical, and c/o Kalu asked why. Then I said I'm having severe chest pains, shortness of breath, & severe abdominal pain, and he continued to pass out breakfast trays with unknown male officer, but he eventually called medical after an hour and a half delay (5AM)

29) At App. 5AM Nurse A and Nurse Giftey arrived & Checked my Vitals. Then Nurse Giftey "claims" that Nurses has to see you 3 times before a Doctor or Anooshea see me, and said to write a sick call now, so I can be seen. Then I said why do I have to write a sick call when you both are here now seeing me about my urgent issues and can just report it to the Doctors yourselves. Nurse A & Nurse Giftey ignored me & failed to provide me care & treatment for my urgent issues and/or send me out to the outside hospital for further care & treatment that the facility cannot provide me to prolong my pain & cause more injuries

Additional Statement of Claims: 

30) On 4-30-26 at app. 8AM I was housed in Dorm 4 on A wing cell 10 when Nurse Ebolt was conducting med pass and he stopped at my cell door. Then I reported to him that I'm having severe chest pains, shortness of breath, & severe abdominal pain, and Nurse Ebolt said you are not having severe chest pain, because you are talking to me, and I don't see you in any distress. Then I said you can't just look at me & determine whether I'm in distress. Then Nurse Ebolt ignored me & walked away with providing me any care or treatment for my serious medical conditions.

31) On 4-24-26 at app. 7:41 Am I was housed in Dorm 4 on A wing cell 10 when I reported to Nurse Solemn that I'm still experiencing shortness of breath, severe chest pains, & severe abdominal pain & asked what is he going to do. Then Nurse Solemn said there's nothing he can do, but Aroosheа suppose to call you over for your EKG results, and I'll just have to wait it out, despite Nurse Solemn knowing about my serious medical condition he did not do nothing, so he can prolong my pain and cause further injuries.

32) On 4-24-26 at App. 12:10pm I was housed in Dorm 4 on A wing cell 10 when I reported to C/O Hatch that I needed medical attention, and C/O Hatch said I'm not calling medical for you, but you are going to dorm 1, so you can request for medical whenever you go over there. Then I told her that I will do that as well, but as of now I'm putting you on notice & letting you know that I need

medical for my severe chest pain, shortness of breath, & severe abdominal pain.

33) On 4-24-26 at app. 12:55pm I was located in Dorm 1 in dayroom area on A wing when Dr. Cortez came to see me and I reported to him that I have severe chest pain, shortness of breath, & severe abdominal pain, and medical is repeatedly intentionally denying, delaying, & interfering with my Outside Specialist appointments. for my serious medical conditions. Then Dr. Cortez said he can't do nothing about that and walked out of the wing. Dr. Cortez knew about my serious medical conditions, but did not do nothing.

34) On 4-24-26 at app. 6:43pm I was located in Dorm 4 on A wing when I reported to C/O Adediran & C/O Nwoc kocha that I need medical attention, because I'm having severe chest pains, shortness of breath, & severe abdominal pain. Then they said you just talked to C/O Kelder about that. Then I said nothing was done, but I'm also putting you both on notice as well, because I'm not recieving no treatment for my urgent issues that I been telling you all & putting you all on notice about just about everyday.

35) On 4-24-26 at App. 7:23pm I was housed in Dorm 4 on A wing cell 10 when I seen Nurse Alex conducting med pass, and I called him to my door. Then I told him directly (verbally that I'm having severe chest pains, shortness of breath, & severe abdominal pain, and I gave him a sick call as well about the same issues. Then Nurse Alex said "Yeah pain like before" Right." Then Nurse Alex

Smiled & said you have to feel out another slip for sick call, but I can't do nothing for you. Nurse Alex denied me medical care & treatment for my urgent issues after having knowledge of my serious medical conditions, and did not do nothing.

36) On 4-24-26 at App. 12pm I was housed in Dorm 4 on A wing cell 10 when c/o Hauser came to let me out for my dayroom and I reported to her that I need medical attention. Then Ms. Hauser asked why and I told her that I'm having severe chest pains, shortness of breath, & severe abdominal pain, and c/o Hauser said she will call medical for me.

37) At app. 1:20 (nearly an hour & an half later), and c/o Hauser still refused to call medical for me for my serious medical issues and did not return to give me a follow up. c/o Hauser denied me medical care for my serious medical conditions by refusing to put medical on notice about my serious medical conditions after having knowledge about it, but did not do nothing.

38) On 4-25-26 at app. 5:45pm I was housed in Dorm 4 on A wing cell 10 when I reported to c/o Adediran that I needed medical attention for my severe chest pains, shortness of breath, & severe abdominal pain, and c/o Adediran said he's not calling medical, because medical is coming over to do med pass in about 3 hours. Then I said I can't wait its urgent I'm in a lot of pain and c/o Adediran said OK I'll give medical a call and see what they say. c/o Adediran did not call medical for me. c/o Adediran denied

me medical care & treatment by refusing to call medical for serious medical issues after having knowledge of my issues, but did not do nothing, so he can prolong my pain & cause further injuries.

39) On 4-25-26 at app. 9:28AM I was located in Dorm 4 on A wing when I requested for medical attention, because I'm having severe chest pain, shortness of breath, & severe abdominal pain.

40) Then at app. 9:53AM C/O Hauser returned back and told me that medical is not going to see you, because Dr. Perez, Dr. Anooshea, or HC. Admin. Miller ain't here on the weekends. Then I said that doesn't matter I'm still suppose to be seen by other medical staffs about my urgent medical issues and be sent out to the outside hospital. Then she said I'm not going back & medical is not seeing you and walked away. C/O Hauser denied me medical by refusing to call medical for my serious medical issues after having knowledge of my issues, and did not do nothing.

41) On 4-25-26 at app. 11AM I ~~[illegible]~~ asked Nurse V why my urgent issues are not be addressed "like my severe abdominal pain & chest pain. Then Nurse V said you had a EKG a few days ago and it was normal. Then I said I'm not understanding how you all keep saying everything is normal and not mentioning my "WPW" condition until I bring it up. Then I said you talking about my EKG from a few days ago - what does that have to do about my chest pains & shortness of breath, & abdominal pains now.

Then I asked her why isn't you all never addressing & examing me or sending me out for my abdominal pain for further care. Then Nurse V said she can't do nothing for me, & I'll have to wait until I see a doctor about all that & get my EKG results, and cleared me to go back to my Dorm despite being aware & having knowledge of my serious medical conditions (severe abdominal pain, shortness of breath, & chest pain), Nurse V did not do nothing. knowing she couldn't provide me the medical care & treatment that I need at the facility & refused to send me to the outside hospital.

42) On 4-30-26 at app. 7:10pm I was located in Dorm 4 dayroom area on A wing when Nurse Jade arrived to conduct med pass. Then I told her that I need medical for my severe abdominal pain, shortness of breath, & chest pains, Then I asked her (Nurse Jade) can she attend to my medical issues now, and she said no; I have to wait until she do meds. Then I told her that my urgent medical issues should be attended to now, and not be put on hold for non-urgent issues like passing out meds. Then I asked her how do she spell her name and she said she's not giving it to me. Then she asked why do I want her name and walked out the Exit door. Nurse Jade denied me medical care & treatment for my serious medical conditions after having knowledge about it, but did not do nothing.

43) On 5-2-26 at app. 6:55pm I was housed in Dorm 4 on A wing cell 10 when I called C/O Nwockocha to my cell door. Then I requested for medical attention for my severe chest pains, shortness of breath, & severe abdominal pain & he said he will call.

C/O Nwockocha denied me medical by refusing to call medical for my Serious medical issues, so he can prolong my pain & cause more injuries.

44) On 5-2-26 at app. 7:20pm I was housed in Dorm 4 on A wing cell 10 when I stopped Nurse Alex at my cell door. Then I requested for medical attention for my Chest pain, shortness of breath, & Severe abdominal pain, & Nurse Alex said I have appointments coming up. Then I said I'm having an emergency now, so why can't you address them now, and provide me treatment & care And/or Send me out to the Outside hospital since you are not qualified to provide me the care & treatment that I need. Then Nurse Alex Said you was sent out to the E.R 2 times before for these reasons, and I told him it was only once, but my abdominal pain was not addressed or no treatment, but they did put a referral to a G.I. specialist. Then I said that's the past, and I'm telling you now that I'm experiencing urgent issues now and you not doing nothing. Then Nurse Alex said you have Chronic issues and there's nothing he can do, and said he will check my vitals later, & walked Away. Nurse Alex did not return and he denied me medical Care & treatment for my urgent issues after being aware of them, but did not do nothing.

45) On 5-3-26 at App. 5:10pm I was housed in Dorm 4 on A wing cell 10 when Crisis team member/Mental health staff Davalos arrived at my cell door. Then I reported to him that I needed medical attention for my severe chest pain, shortness of breath, & abdominal pain. I also told Davalos that the following staffs have denied me medical

attention, care, & treatment (Nurse Alex, C/O Nwockocha, C/O Adediran, & their lieutant-Powell) yesterday. Then I asked Elavalos to see his notes about what I told him, because he claimed he put everything down, but I seen him doing little-to-no writing, but Elavalos showed me his notes. Then I realized that he did not put down everything as he said, and on top of that he failed to write the staffs names down, and instead he just put down staffs in his notes as if I did not identify those staffs to him. Elavalos became frustrated & claimed that he's not suppose to document my issues and that he's only suppose to ask me am I suicidal or homocidial, and not take down my issues, because that's what grievances are for. Then Elavalos said what I reported to him is not going to be reported unless I grievance these issues. Then I asked Elavalos to write a incident report, & he said he can't when he didn't see it, and walked away. Even though Mr. Elavalos knew about my serious medical conditions he, did not do nothing.

16) On 5-3-26 Plaintiff put Psychologist Administrator Dr. Kucera on notice about his serious medical conditions (Severe chest pain, shortness of breath, & severe abdominal pain, — as well as about medical staffs misconduct - denying, & delaying him medical care & treatment). Then Psychologist Administrator Dr. Kucera stated it's not mental health staff's job to document complaints about other staff/departments during a crisis assessment. Dr. Kucera denied me medical care & treatment for my urgent medical issues, and did not take no action after being aware of my serious issues.

47) On 5-14-26 at app 9:30pm I was located in Dorm 4 on A wing dayroom area when I seen Nurse Callier enter the wing. Then I requested for medical attention for my bad chest pain & abdominal pain, and Nurse Callier said she will put me on Anooshea line tomorrow. Then I told Nurse Callier that I'm experiencing these pains now & asked why do I have to wait until tomorrow when you can do something now. Then Nurse Callier said you don't have an Cardiology issue or no abnormal heartbeat. Then I said I do, and Nurse Callier said you have "WPW"-(Wolf-Parkinson-White), and I said exactly which shows that I have a Cardiology issue and abnormal heartbeat that you claiming I don't have. Then Nurse Callier said your past EKG was normal & I told her it wasn't. I also told her whether it was normal or not what does that have to do with my pains now. Then I asked her to check my blood pressure & vitals & she said she's not doing that, and said she's putting me on Anoosnea line for tomorrow, & can't do nothing for me. Nurse Callier denied me medical care & treatment for my serious medical conditions after I made her aware of my urgent issues, but she did not do nothing.

48) On 6-13-26 at app. 11:30AM I was located in Dorm 1 on B-wing-dayroom area when I was seen by Nurse Dalie for my urgent medical issues (Extreme abdominal pain). I reported to Nurse Dalie that I'm having extreme abdominal pain in my lower left & right ribcage areas and the pain is going all the way around to my lower & mid-back areas. Then Nurse Daine said she will go look

at charts & I said going to look at my charts will do nothing about what I'm experiencing now. Then Nurse Haile said there are no Doctors here & I have to wait until Monday. Then I asked Nurse Halie to call Dr. Perez since they don't have an on-site doctor and the necessary equipment to run tests that can see what's going on in my abdominal. Then Nurse Haile said they do have people at the facility who do x-rays on the weekdays. Then I said so you just gone let me stay in pain instead of getting on the phone to call the doctor & request for me to be sent out to the Emergency Room to be seen, since you all don't have the equipment here available that I'm in need of now. Then Nurse Haile said she will go look at my charts & see what's going on & come let me know what's going on when she pass noon meds. Then I said to Nurse. Halie that the charts will not let you know what's going on inside of me and I requested again for her to call the doctor, and Nurse Haile said again she will go look at my charts, but she will not ~~call~~ call the doctor, and she will put me on Anoosnea line next week. Nurse Haile denied me medical.

49) On 6-16-26 at app. 1pm I was housed in Dorm 5 on A wing cell 10 when Nurse Hammond came over to conduct med pass, and I stopped her at my cell door. Then I reported to her that I'm having really bad abdominal pain & a painful/burning sensation when I'm urining. Then Nurse Hammond said she will go talk to Dr. Perez about it, and I said you all keep saying you're follow-up with Dr. Perez but ain't following up with me on nothing, sending me out to see specialists, or sending me to the E.R. for tests to be ran that you all cannot

and/or not providing me here. Then Nurse Hammond said they are talking about your issues, and I said talking about my issues that you all been aware of, since I got down here in February is not helping me or resolving my problems. Then Nurse Hammond said there's nothing she can do for me. Nurse Hammond denied me medical care & treatment for my serious medical conditions (severe abdominal pain, & painful/burning sensation when urining). after being aware of my issues, but still did nothing.

50) On 6-16-26 at app. 8:10pm I was housed in Dorm 5 on A wing cell 10 when I seen Nurse Virgo conducting med pass and I stopped her at my cell door. Then I reported to Nurse Virgo that I'm having severe abdominal pain & it's aching & jerking in my lower left & right sides, and Nurse Virgo said she can't do nothing to help me, because I'm on hunger strike. Then I told her that-that shouldn't stop you from providing me medical treatment. I also told her/reminded her that I've been experiencing these pains since February, and you have not done nothing. Then Nurse Virgo said she can't help me or not doing nothing until I come off hunger strike. Then I requested for my vitals to be checked and Nurse Virgo said no vitals or no assessments until I come off hunger strike. Nurse Virgo denied me medical care & treatment for my serious medical conditions even though she was aware of my issues, she did not do nothing.

51) On 6-17-26 at app. 4am I was housed in Dorm 5 on A wing cell 10 when I requested to C/O Love that I needed medical

Additional Statement of Claims: 

for my extreme abdominal pain, burning sensation when I'm urinating. A moment later Nurse A arrived and I reported to her that I'm having extreme abdominal pain, & burning when peeing. Then Nurse A said she will do my vitals and assess me when she comes back. Nurse A did not return back as she said she will and refused to do my assessment. Nurse A denied me medical care & treatment for my serious medical conditions even though she was aware of my serious issues, but did not do nothing.

52) On 6-17-26 at App. 2pm I was housed in Dorm 5 On A wing cell 10 when I reported to Nurse Juarez that I'm having extreme abdominal pain & pain/burning sensation when peeing. Then Nurse Juarez said that he will go talk to Dr. Perez because he claims he don't know what to do. Then I asked him about my vitals, & he said he didn't bring anything so he can't do nothing for me now. Then I said so you are going to leave me in pain & not provide me no medical care or treatment. Nurse Juarez denied me medical care & treatment for my serious medical conditions even though he was aware of my issues, but did not do nothing.

53) On 6-19-26 at app. 8pm I was housed in Dorm 1 on A wing cell 9 when I seen Nurse Daisy conducting med pass, and I called her to my cell door. Then I reported to her that I'm in a lot of pain & Nurse Daisy asked what's going on. Then I told Nurse Daisy that I'm not going to keep discussing my medical issues

these supervisors/Administrators on notice—Plaintiff still have not recieved an direct respond, written response, interview, or got his serious medical issues resolved or got the treatment/care he needs.

58) Plaintiff has exhausted all of his remedies and still continuing to do so with this on-going problem to the best of his ability, despite Correctional Counselors and Grievance Officers not Submitting all of his grievances And/or denying the grievance Procedure by not responding to them in the appropriate timeframe.

reason. These defendants failed to follow professional standards, and prison medical care protocols. These defendants Prison/medical staffs referred me to an outside specialist that shows that their own judgment is not sufficient to address my medical conditions, but still refusing to send me out. These defendants have been repeatedly persisting in a course of ineffective/negligent acts which has been and shows a pattern. These defendants have failed to provide adequate and qualified staffs to maintain Policies, so I can recieve adequate treatment, and they failed to carry out their responsibility to make adequate medical care available.

2) Defendants Catherine Larry, Michelle Miller, Alexander Anooshah, Jane Perez, Jane B., Jane A., Jane Jade, Jane V, John Davalos, Jane Ms. K, John Eddie, John Solemn, Jane Alldread, Jane Haile, John Ebait, John Alex, Jane Daisy, Jane Perez, Jane Hammond, John Juarez, Jane Callier, Jane Virgo, Jane Foluke, John Dr. Cortez, John Nwokocha, John Adediran, Jane Giftey, John Shah, John Kumay, Jane Edwards, Jane Hatch, Jane Dr. Kucera, Jane Mitchell, John Powell, Jane Pellegrini, and John Burns, constitutes to violation of the Eighth Amendment claims for failure to protect, failure to intervene, harassment, and retaliation against Plaintiff and not providing Plaintiff medical care & treatment for his serious medical conditions and heart condition. "WPW" (Wolf, Parkinson White) and extreme chest pains, shortness of breath, and severe abdominal pain that's been intensifying daily. These defendants have been intentionally denying, delaying, & interfering with my treatment by neglecting my Gastro-intestinal & Cardiology Specialist orders

On the wing, so everybody can hear it, so I need you to get me out & assess and talk to you, and Nurse Elaisy said she can respect that and she will tell security to get me out. Nurse Elaisy denied me medical care & treatment for my serious medical conditions by refusing to get me out of my cell & provide me medical care & treatment for my medical issues that she was aware of, but did not do nothing.

54) From 4-27-26 until present date 7-8-26 Plaintiff has filed multiple Emergency grievances regarding each complaint/issue stated in this complaint, so he can immediately put Warden/CAO Catherine Larry on notice about these medical, security, & mental health staffs denying, delaying, depriving, & intentionally interfering with my medical treatment for my serious medical conditions. — Even though Warden/CAO Catherine Larry knew about my serious medical issues, she did not do nothing, failed to protect me, & failed to intervene.

55) Warden/CAO - Catherine Larry deemed all Plaintiffs grievances regarding all above issues "Non-Emergency" and told Plaintiff to submit all of his grievances through the normal grievance procedures so she can aid her medical staffs in delaying & interfering with my treatment — To cause Plaintiff prolonged pain and cause further injuries.

* Note: "Emergency grievances are to be responded to within 72 hours by the Warden/CAO when there's an imminent danger to an individual — According to I.D.O.C Policy." Warden - Catherine Larry intentionally ignored/neglected my danger to life injuries and the Grievance Policy

by responding over 10 days later and turning a blind eye to all her staffs misconduct, after being put on notice and being aware of my serious medical conditions.

56) Plaintiff have repeatedly submitted request slips to medical Writ Officer, Ms. Perez, - Medical Doctor - Dr. Perez, NP - Alexander Anooshea, HCU Admin. Michelle Miller, and Warden - Catherine Larry about his serious medical conditions over 5 months about his Severe abdominal pain, Shortness of breath, & Chest pain that's been intensifying daily. Also about their security, mental health, & medical staffs intentionally denying, delaying, & interfering with my medical care & treatment - As well as delaying & interfering with my outside Specialist appointments. Plaintiff have been putting all these supervisors and Administrators on notice repeatedly through request slips, letters, and grievances to ensure he recieve his medical treatment. These Supervisors and Administrators are all in charge of the supervision and discipline of all correctional staffs at Joliet. These Supervisors / Administrators are also responsible for ensuring provision of medical care to prisoners, and specifically for Scheduling medical appointments, outside the prison when a prisoner needs specialized treatment or evaluation. They are also responsible / in charge of transportation of prisoners to medical appointments; But all these Supervisors / Administrators have all failed to provide adequate staffs or qualified staffs to maintain policies that's interfering with adequate medical care, and carry out their responsibility to make adequate medical care available.

57) After nearly 6 months of sending request slips and putting all

# CLAIMS FOR RELIEF:

1. Defendants- Catherine Larry, Michelle Miller, Alexander Anooshah, Jane Perez, Jane B., Jane A, Jane Jade, Jane V, John Davalos, Jane Ms. K, John Eddie, John Solemn, Jane Alldread, Jane Daile, John Ebolt, John Alex, Jane Daisy, Jane Perez, Jane Hammond, John Juarez, Jane Callier, Jane Virgo, Jane Folke, John Dr. Cortez, John NWokocha, John Adediran, Jane Giftey, John Shah, John Kunnu, Jane Edwards, Jane Hatch, Jane Dr. Kucera, Jane Mitchell, John Powell, Jane Pellegrini, and John Burns constitutes to violation of the Eighth Amendment claims for Deliberate Indifference to Plaintiff's Serious medical conditions for his severe abdominal pain, shortness of breath, and severe chest pains that's been intensifying daily and affecting his daily activies—Delaying and intentionally interfering with his medical care and treatment with his Gastro-intestinal and Cardiology specialists orders and appointments—After being put on notice repeatedly either verbally, through request slips, letters, grievances, Crisis teams/Mental Health staffs emails, but they still refused to provide Plaintiff medical care and treatment for nearly 6 months. All defendants have actual knowledge that there is deficiencies in their medical care system that creates further injuries to me. All defendants have direct And/OR indirect evidence/knowledge. These defendants have failed to conduct adequate examinations, ask necessary questions take a history, and failed to conduct tests that are symptoms calls for. They failed to carry out medical orders from Gastro-intestinal & Cardiology Specialized Doctors for no apparent

and not sending me out to my outside specialist appointments: — After being put on notice repeatedly verbally, And/or either through request slips, letters, grievances, crisis team/Mental Health staffs emails. All these defendants still failing to take any action and provide me any treatment for nearly 6 months now. All defendants also have either direct And/or indirect evidence/knowledge of Plaintiff's Serious medical conditions/Issues.

**V. Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A) Compensatory damages in an amount to be determined by a jury.
B) Punitive damages in an amount to be determined by a Jury.
C) Nominal damages, emotional, & mental distress
D) A Jury trial on all issues triable by a jury.
E) Plaintiff cost in preparing, filing, and prosecuting his suit with interest
F) Any additional relief that this Court deems just, proper, & equitable

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24th day of August, 2026

Charlie Booker

(Signature of plaintiff or plaintiffs)

Charlie Booker

(Print name)

M38554

(I.D. Number)

Joliet Treatment Center

2848 W. McDonough Street

Joliet, IL. 60436

(Address)